**NOT FOR PUBLICATION WITHOUT THE
APPROVAL OF THE APPELLATE DIVISION**

This opinion shall not "constitute precedent or be binding upon any court." Although it is posted on the internet, this opinion is binding only on the parties in the case and its use in other cases is limited. R. 1:36-3.

SUPERIOR COURT OF NEW JERSEY
APPELLATE DIVISION
DOCKET NO. A-1856-20

MICHAEL A. FARINELLA,

     Plaintiff-Appellant,

v.

METLIFE, INC., METLIFE
GROUP, INC., RICHARD
KARL ERHARDT, EDMUND
HEIN MOORE, KINGMIN
CHEUNG, MICHAEL G.
UPTON, SAJEEV NARAYANAN,
SACHIN SHAH, PAGE STEELE
and PIA ALMEIDA,

     Defendants-Respondents.

_____

Submitted June 21, 2021 – Decided July 6, 2021

Before Judges Fisher and Moynihan.

On appeal from the Superior Court of New Jersey, Law Division, Middlesex County, Docket No. L-5998-19.

McMoran, O'Connor, Bramley & Burns, P.C., attorneys for appellants (Bruce P. McMoran and Michael F. O'Connor, on the briefs).

Nukk-Freeman & Cerra, P.C., attorneys for respondents (Kristine V. Ryan, Allison J. Vogel and Punam P. Alam, on the briefs).

PER CURIAM

The parties having entered into a stipulation of dismissal, the interlocutory appeal is hereby dismissed with prejudice and without costs.

Appeal dismissed.

I hereby certify that the foregoing is a true copy of the original on file in my office.

CLERK OF THE APPELLATE DIVISION

A-1856-20